## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **JANNA M. BANKS** | **CASE NO. 2:19-CV-00898** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAITR HOLDINGS, INC.** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Waitr Holdings, Inc., Motion to Compel Arbitration and Dismiss Collective Action Complaint [Doc. No. 4] is **GRANTED IN PART AND DENIED IN PART**.  To the extent the motion seeks to compel arbitration of Plaintiff Janna M. Banks' claims under the Fair Labor Standards Act, the motion is **GRANTED**.  To the extent that Waitr moves for dismissal of the claims with prejudice the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings.  All pending deadlines and motions are terminated, to be re-urged by counsel when the time is right.  This closure shall not be considered a dismissal of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this portion of the Court's Judgment had not been entered.

Monroe, Louisiana, this 17th day of December, 2019.

                                                     **TERRY A. DOUGHTY**
                                         **UNITED STATES DISTRICT JUDGE**